# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1652

United States of America

Appellee

v.

Keshawn Boykins, also known as Turbo Hefner

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cr-00212-JM-1)
___

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until July 19, 2023 to file the brief. No further extensions will be granted.

July 06, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans